## RECONSIDERATION DOCKET

**96–2690.  Hicks v. O'Brien.**

Licking App. No. 96CA32.  Reported at 78 Ohio St.3d 1438, 676 N.E.2d 1185.  On motion for reconsideration.  Motion denied.

**97–11.  Smith v. Ohio Dept. of Human Serv.**

Clermont App. No. CA96–05–045.  Reported at 78 Ohio St.3d 1439, 676 N.E.2d 1186.  On motion for reconsideration.  Motion denied.

**97–100.  State v. Lacy.**

Butler App. No. CA95–12–221.  Reported at 78 Ohio St.3d 1439, 676 N.E.2d 1186.  On motion for reconsideration.  Motion granted and the discretionary appeal is allowed on Proposition of Law No. II only;  *sua sponte,* cause held for the decision in 96–1871, *State v. Stowers,* Tuscarawas App. No. 94AP090066;  briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.